RECEIVED
BY: RB
SEP 16 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| HADDAD, ET AL. | CIVIL ACTION NO: 08-1834 |
| VERSUS | JUDGE DONALD E. WALTER |
| CHESAPEAKE EXPLORATION LLC, SJL ENERGY LLC, JULESA LAND & MINERALS INC, JASON LANE | MAGISTRATE HORNSBY |

## ORDER

Plaintiffs allege in their First Supplemental and Amended Complaint that Defendant, Jason Lane, is a "resident" of Harris County, Texas. It is the domicile rather than mere residency that decides citizenship for diversity purposes, and "[i]t is well established than allegation of residency does not satisfy the requirement of an allegation of citizenship." *Great Plains Trust Co. v. Morgan Stanley*, 313 F.3d 305, 310 n.2 (5th Cir. 2002); quoting *Strain v. Harrelson Rubber Co.*, 742 F.2d 888 (5th Cir. 1984). A person may have residences in several states, but he has only one domicile at a time, and it is that domicile that determines his citizenship for diversity jurisdiction purposes.

Because this case was removed on the basis of diversity of citizenship, the Court must assure itself that subject matter jurisdiction is proper. Plaintiffs are hereby **ORDERED** to amend their complaint to clearly allege the state of Mr. Lane's domicile / citizenship by **September 25, 2009.**

**THUS DONE AND SIGNED**, this _16_ day of September, 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE