U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV 03 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| HADDAD, ET AL. | CIVIL ACTION NO: 08-1834 |
| VERSUS | JUDGE DONALD E. WALTER |
| CHESAPEAKE EXPLORATION LLC, SJL ENERGY LLC, JULESA LAND & MINERALS INC. | MAGISTRATE HORNSBY |

## ORDER

Before the Court is a Motion to Remand filed by the Plaintiffs, George Andrew Haddad, III a/k/a Andrew Haddad, and Rhonda Haddad ("the Haddad's"). *See* Doc. #20. Defendants oppose this motion. *See* Doc. #32.

On September 16, 2009, the Court ordered Plaintiffs to file an Amended Complaint to properly allege the citizenship of Defendant Jason Lane. *See* Doc. #38. Plaintiffs complied by filing a Second Supplemental and Amended Complaint which properly asserts that Jason Lane "is now and was at the time of the commencement of this litigation, domiciled in Harris County, Texas." *See* Doc. #40.

The Court also ordered Defendant, Chesapeake Exploration LLC ("Chesapeake"), to file a Second Amended Notice of Removal which properly asserts the citizenship of SJL Energy, LLC ("SJL"). *See* Doc. #37. Chesapeake complied by providing the citizenship of SJL's sole member, Defendant Jason Lane. *See* Doc. #43. Although SJL is a Louisiana limited liability company, diversity jurisdiction is determined by the domicile of the LLC's members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077 (5th Cir. 2008). Because Jason Lane is the sole member of SJL, and Jason Lane is a citizen of Texas, SJL is likewise a citizen of Texas.

The Court finds that Plaintiffs are citizens of Louisiana, Defendants are citizens of Texas and Oklahoma, and that diversity of citizenship exists. Accordingly, the Court has subject matter jurisdiction over this cause of action pursuant to 28 U.S.C. §1332.

Plaintiffs' Motion to Remand [Doc. #20] is hereby **DENIED**.

**THUS DONE AND SIGNED**, this 3 day of November, 2009.

_____
DONALD E. WALTER
UNITED STATES DISTRICT COURT